

# Fourth Court of Appeals
## San Antonio, Texas

December 2, 2015

No. 04-15-00534-CV

Patricia Jo **KARDELL**, Martin Murphy Snowden, Mickey Darrell Snowden, and Mary Delilla Snowden,
Appellants

v.

**SWIFT ENERGY OPERATING, LLC**,
Appellee

From the 218th Judicial District Court, La Salle County, Texas
Trial Court No. 12-06-001222-CVL
Honorable Donna S. Rayes, Judge Presiding

## O R D E R

Appellant's second motion for extension of time is GRANTED. Appellant's brief is due on December 18, 2015. NO FURTHER EXTENSIONS WILL BE GRANTED.

_Karen Angelini_
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of December, 2015.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court